ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| JAMES NELSON, WAIKIT LAU Y EL PDS FAMILY HYCET TRUST<br><br>Demandantes<br><br>V.<br><br>B. NEW FUELS HOLDINGS INC., Y HOWARD BRAND<br><br>Demandados | TA2025RE00015 | *Injunction* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2025CV11455<br><br>Sobre: Incumplimiento de Contrato; Cobro de Dinero y Daños |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

## SENTENCIA

En San Juan, Puerto Rico, a 12 de enero de 2026.

El 24 de diciembre de 2025, los demandantes James R. Nelson, Waikit Lau y el PDS Family HCET Trust presentaron una *Solicitud de Injunction Preliminar.* Posteriormente, mediante comparecencia presentada el 12 de enero de 2026, los propios demandantes solicitaron la desestimación del recurso, al indicar que dicha comparecencia fue presentada ante este Foro por error e inadvertencia, ya que la misma debía ser instada ante el Tribunal de Primera Instancia.

En consideración a lo anterior, se declara con lugar la solicitud de los comparecientes y se dicta sentencia desestimando el presente asunto, de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones.[1]

Lo acuerda el Tribunal y lo certifica la Secretaria de Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83 del Reglamento del Tribunal de Apelaciones, In re Aprob. Enmdas. Reglamento TA, 2025 TSPR 42, págs. 115-117, 215 DPR __ (2025).